IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGEL GABRIEL OLGUIN,

    Petitioner,

vs.                                                      No. CV 21-00327 KG/LF

STATE OF NEW MEXICO,

    Respondent.

## JUDGMENT

THIS MATTER having come before the Court under Rule 4 of the Rules Governing Section 2254 Proceedings on the Petition for Writ of Habeas Corpus filed by Petitioner, Angel Gabriel Olguin (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the Petition without prejudice for failure to exhaust state court remedies as required by 28 U.S.C. § 2254(d),

IT IS ORDERED that the Petition for Writ of Habeas Corpus filed by Petitioner, Angel Gabriel Olguin (Doc. 1) is DISMISSED without prejudice for failure to exhaust state court remedies.

_____
UNITED STATES DISTRICT JUDGE